DAVID SILVERMAN et al., Appellants, v GERALD A. DOELL, Respondent.

Submitted August 29, 2016; decided November 21, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

MARC STARR, Appellant, v FUOCO GROUP LLP et al., Defendants, and EUREKA CAPITAL MARKETS, LLC, et al., Respondents.

Submitted August 29, 2016; decided November 21, 2016

Motion for leave to appeal dismissed upon the ground that the Appellate Division order sought to be appealed from does not finally determine the action within the meaning of the Constitution and the stipulation does not qualify as a final judgment within the meaning of CPLR 5602 (a).(1) (ii) to bring up for review the prior nonfinal Appellate Division order because it was entered into without prejudice.